**Fill in this information to identify the case:**

Debtor: **Mighty-O Corp.**

United States Bankruptcy Court for the **Western District of Washington**

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the Claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|
| **1** US Small Business Administration 2401 4th Ave #450 Seattle, WA 98121 | US Small Business Administration 2401 4th Ave #450 Seattle, WA 98121 | EIDL | Contingent | | | $695,000.00 |
| **2** Tilt49 Realty LLC 1812 Boren Ave Seattle, WA 98101 | Tilt49 Realty LLC 1812 Boren Ave Seattle, WA 98101 | Possessory lien | | $112,000.00 | $8,230.00 | $103,770.00 |
| **3** Umpqua Bank P.O. Box 1820 Roseburg, OR 97470 | Umpqua Bank P.O. Box 1820 Roseburg, OR 97470 | Business loan | | $130,198.00 | $81,000.00 | $49,198.00 |

There are fewer than 20 unsecured creditors in this case.

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.